UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCO VITALE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN D. JORDAN, et al., <br><br> Defendants. | Case No. 23-cv-01902-JD <br><br> **ORDER VACATING CMC AND DIRECTING PLAINTIFFS TO FILE STATUS STATEMENT** |

This is an action filed on April 20, 2023, by pro se plaintiffs Francesco and Frances Vitale. Dkt. No. 1. The docket indicates that a number of defendants remain unserved despite the 90-day service deadline under Federal Rule of Civil Procedure 4(m).

Defendants Equifax, Inc., Mark Begor, Experian Information Solutions, Inc. (sued as Experian Corporation and Experian Credit Union), and Brian Cassin were dismissed from the case without prejudice after plaintiffs failed to oppose those defendants' motions to dismiss. Dkt. No. 19.

In advance of a case management conference that was set for September 28, 2023, defendants TD Bank Group and Leo Salom have submitted a case management statement which states:

> Plaintiffs did not include a telephone number or email address at which Plaintiffs could be contacted in the Complaint or on the Civil Cover Sheet. TD Bank and Salom's counsel searched public records for Plaintiffs' telephone numbers, and counsel made over one dozen phone calls to individuals with the same or similar names to Plaintiffs living in the same city where Plaintiffs stated they live in the Complaint. Nevertheless, counsel has been unable to speak with Plaintiffs to request that Plaintiffs voluntarily dismiss the Complaint against TD Bank and Salom.

> On September 7, 2023, a draft of the Joint CMC Statement was emailed to an email address that may be Plaintiffs' email address, but Plaintiffs never responded with their sections of the Joint CMC Statement. To date, Plaintiffs have failed to respond to the undersigned counsel's extensive outreach efforts.

Dkt. No. 20 at 2.

On this record, the case management conference set for September 28, 2023, is vacated. Plaintiffs are directed to file a status statement by October 20, 2023, addressing their failure to timely serve defendants, and their failure to file, or cooperate in the filing of, a case management statement. *See* Dkt. No. 6 (ordering joint case management statement to be filed by September 21, 2023). A failure to file a responsive statement by October 20, 2023, will likely result in a dismissal of this case under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: September 25, 2023

_____
JAMES DONATO
United States District Judge

2