UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCESCO VITALE, et al.,

         Plaintiffs,

      v.

BRYAN D. JORDAN, et al.,

         Defendants.

Case No.  23-cv-01902-JD

**ORDER**

      The Court ordered pro se plaintiffs Francesco and Frances Vitale to file a status statement by October 20, 2023, "addressing their failure to timely serve defendants, and their failure to file, or cooperate in the filing of, a case management statement." Dkt. No. 23 at 2.  Plaintiffs filed a case management statement by the deadline, *see* Dkt. No. 30, but still have not explained their failure to serve.  Plaintiffs have also filed a slew of motions, which are denied for the following reasons.

      Plaintiffs' request for a temporary restraining order, Dkt. No. 26, is denied under Federal Rule of Civil Procedure 65.  Plaintiffs did not offer "specific facts in an affidavit or a verified complaint clearly show[ing] that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition," or "certif[y] in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1).  Plaintiffs also have failed to show that they are "likely to succeed on the merits, that [they are] likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in [their] favor, and that an injunction is in the public interest." *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011) (quoting *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008)).  Nor have they shown that "serious questions going to the

merits were raised and the balance of hardships tips sharply in the plaintiff's favor," and "that there is a likelihood of irreparable injury and that the injunction is in the public interest." *Id.* at 1135.  Plaintiffs' motion, Dkt. No. 26, is cursory and conclusory, and its deficiencies are not cured by plaintiffs' complaint, Dkt. No. 1, which named well over a dozen defendants and is difficult to follow.

The Court previously denied plaintiffs' motion for lis pendens for lack of good cause.  Dkt. No. 24.  Plaintiffs' "second ex parte application notice of lis pendens," Dkt. No. 27, is denied for the same reason.

Plaintiffs' motion for a default judgment, Dkt. No. 29, is denied.  No defaults have been entered on the docket as against any defendant.

Plaintiffs' case management statement, Dkt. No. 30, is accepted.  Pursuant to plaintiffs' voluntary dismissal with prejudice, Dkt. No. 31, defendants TD Bank Group and Leo Salom have been terminated from the ECF docket.

**IT IS SO ORDERED.**

Dated:  November 20, 2023

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California