UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCO VITALE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LINDA WALDON, et al.,<br><br>　　　　　Defendants. | Case No.  23-cv-01902-RFL<br><br>**ORDER DISMISSING WITHOUT PREJUDICE REMAINING DEFENDANTS FOR PLAINTIFFS' FAILURE TO SERVE**<br><br>Re: Dkt. No. 47 |

　　The plaintiffs were ordered to file proofs of service on the four remaining defendants in this case by no later than January 12, 2024, or face dismissal without prejudice pursuant to Federal Rule of Civil Procedure 4(m).  (*See* Dkt. No. 47.)  To date, no proofs of service have been filed.  Accordingly, the plaintiffs' claims against Linda Waldon, Chuck Hunt, Trans Union Corporation, and Christopher A. Cartwright are dismissed without prejudice.  As all of the plaintiffs' claims have been dismissed, the Clerk of the Court is directed to close this case.

　　**IT IS SO ORDERED.**

Dated: January 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge